## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD J. PELTZ-STEELE,<br><br>　　　Plaintiff,<br><br>v.<br><br>UMASS FACULTY FEDERATION, LOCAL 1895 AMERICAN FEDERATION OF TEACHERS, AFL-CIO et al.,<br><br>　　　Defendants. | APPEARANCE<br><br><br>No. 1:21-cv-11590-WGY |

## NOTICE OF APPEARANCE

To the Clerk of the court and all parties of record:

Enter my appearance as counsel in this case on behalf of Defendant UMass Faculty Federation, Local 1895, American Federation of Teachers, AFL-CIO.

I certify that I am admitted to practice in this court.

Date: December 1, 2021         */s/ Jenniffer P. Migliaccio*
　　　　　　　　　　　　　　　　　Jenniffer P. Migliaccio (#682196)
　　　　　　　　　　　　　　　　　Associate Counsel
　　　　　　　　　　　　　　　　　AFT Massachusetts
　　　　　　　　　　　　　　　　　38 Chauncy Street, Suite 402
　　　　　　　　　　　　　　　　　Boston, MA 02111
　　　　　　　　　　　　　　　　　Telephone: (617) 423-3342
　　　　　　　　　　　　　　　　　jmigliaccio@aftma.net

## CERTIFICATE OF SERVICE

      I hereby certify that on December 1, 2021, a copy of the foregoing Notice of Appearance was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

      */s/ Jenniffer P. Migliaccio*
Jenniffer P. Migliaccio (#682196)
Associate Counsel
AFT Massachusetts
38 Chauncy Street, Suite 402
Boston, MA 02111
Telephone: (617) 423-3342
jmigliaccio@aftma.net