## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

RICHARD J. PELTZ-STEELE,

      Plaintiff,

v.

UMASS FACULTY FEDERATION,
LOCAL 1895 AMERICAN FEDERATION
OF TEACHERS, AFL-CIO et al.,

      Defendants.

No. 1:21-cv-11590-WGY

## MOTION TO APPEAR *PRO HAC VICE*
## FILED ON BEHALF OF ATTORNEY JACOB R. KARABELL

Jenniffer P. Migliaccio, pursuant to D. Mass. Local Rule 83.5.3, hereby moves this court for an Order granting Jacob Karabell of Bredhoff & Kaiser PLLC, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendant UMass Faculty Federation, Local 1895, American Federation of Teachers, AFL-CIO in the above-styled case only. In support of this motion, the undersigned states:

The Certification of Jacob Karabell, as required by D. Mass. Local Rule 83.5.3(e)(3), is attached hereto as Exhibit A.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Jacob Karabell leave to appear *pro hac vice* for purposes of this case only.

Respectfully Submitted,

Date: December 1, 2021

*/s/ Jenniffer P. Migliaccio*
Jenniffer P. Migliaccio (#682196)
Associate Counsel
AFT Massachusetts
38 Chauncy Street, Suite 402
Boston, MA 02111
Telephone: (617) 423-3342
jmigliaccio@aftma.net

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2021 a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Jacob Karabell was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Jenniffer P. Migliaccio*
Jenniffer P. Migliaccio (#682196)
Associate Counsel
AFT Massachusetts
38 Chauncy Street, Suite 402
Boston, MA 02111
Telephone: (617) 423-3342
jmigliaccio@aftma.net