Exhibit A

Certification of Jacob Karabell
In Support of Motion to Appear Pro Hac Vice

In support of the Motion to Appear Pro Hac Vice filed on my behalf by Jenniffer P. Migliaccio, and pursuant to D. Mass. Local Rule 83.5.3, the undersigned states:

1. I am admitted to practice and in good standing (i.e., currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

Washington DC State Bar # 996066
New York State Bar # 4763975
US Supreme Court
United States First Circuit Court of Appeals # 1 187040
United States Second Circuit Court of Appeals
United States Third Circuit Court of Appeals # 43686
United States Fourth Circuit Court of Appeals United
States Sixth Circuit Court of Appeals # 6190
United States Seventh Circuit Court of Appeals
United States Ninth Circuit Court of Appeals
United States D.C. Circuit Court of Appeals # 53401
U.S. District Court for the Northern District of Illinois
U.S. District Court for the District of Columbia # 996066
U.S. District Court for Maryland # 21094
U.S. District Court for the Eastern District of Michigan

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I have not previously had a pro hac vice admission to this court revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District

Court for the District of Massachusetts.

I certify that the above information is true and correct.

Dated: November 29, 2021  Respectfully submitted,

Jacob Karabell
Bredhoff & Kaiser PLLC
805 15th Street NW, suite 1000
Washington, DC 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888
jkarabell@bredhoff.com