# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD J. PELTZ-STEELE,<br><br>Plaintiff,<br><br>v.<br><br>UMASS FACULTY FEDERATION, LOCAL 1895, AMERICAN FEDERATION OF TEACHERS, AFL-CIO, et al.,<br><br>Defendants. | No. 1:21-cv-11590-WGY |

## NOTICE OF APPEARANCE

To the Clerk of the court and all parties of record:

I hereby enter my appearance as counsel in this case on behalf of Defendant UMass Faculty Federation, Local 1895, American Federation of Teachers, AFL-CIO.

I certify that I am admitted *pro hac vice* per this Court's order of December 2, 2021 (ECF No. 10), to practice in this court.

Dated: December 3, 2021

Respectfully Submitted,

*/s/ Jacob Karabell*
Jacob Karabell (*pro hac vice*) (DC 996066)
BREDHOFF & KAISER, P.L.L.C.
805 15th St. N.W., Ste. 1000
Washington, D.C. 20005
Tel.: (202) 842-2600
Fax: (202) 842-1888
jkarabell@bredhoff.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2021, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Jacob Karabell*
Jacob Karabell (*pro hac vice*) (DC 996066)
BREDHOFF & KAISER, P.L.L.C.
805 15th St. N.W., Ste. 1000
Washington, D.C. 20005
Tel.: (202) 842-2600
Fax: (202) 842-1888
jkarabell@bredhoff.com
