Civil Action No.: **1:21–CV–11590–WGY**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Joan Ackerstein, Member, Commonwealth Employment Relations Board

was received by me on (date) 9/28/2021 .

☐ I personally served the summons on the individual at (place)_____
_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____
_____, a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is
designated by law to accept service of process on behalf of (name of organization)_____
_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) :   I served the above named defendant in accordance with FRCP4(j)(2)(B) and MRCP4(D)(3-5).

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

S/Matthew L. Fabisch

12/27/2021
Date                                                 Server's Signature

S/Matthew L. Fabisch
Printed name and title

26 Gladstone St. Smithfield RI 02917
Server's Address

Additional information regarding attempted service, etc: