IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Richard J. Peltz-Steele**, <br><br> Plaintiff, <br><br> v. <br><br> **UMass Faculty Federation, Local 1895, American Federation of Teachers, AFL-CIO, et al.,** <br><br> Defendants. | Case No. 1:21-cv-11590-WGY <br><br> Judge William G. Young |

**DEFENDANT UMASS FACULTY FEDERATION'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendant UMass Faculty Federation, Local 1895, American Federation of Teachers, AFL-CIO ("Union") respectfully moves the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss this action for failure to state a claim upon which relief can be granted. Count I of Plaintiff's complaint, which contends that Massachusetts' system of exclusive representation in public-sector labor relations violates Plaintiff's First Amendment rights, is foreclosed by controlling authority that is binding on this Court, namely *Minnesota State Board for Community Colleges v. Knight*, 465 U.S. 271 (1984), *D'Agostino v. Baker*, 812 F.3d 240 (1st Cir. 2016), and *Reisman v. Associated Faculties of the University of Maine*, 939 F.3d 409 (1st Cir. 2019). Count II of Plaintiff's complaint, which contends that it violates the First Amendment for a public employee to be prevented from filing formal grievances to her employer without the union's permission, is based on an erroneous factual premise—as both state law and the applicable collective bargaining agreement expressly *allow* individual bargaining-unit members like Plaintiff to file a formal grievance without the Union's permission.

1

But even if Plaintiff's premise were correct, *Knight* would foreclose this claim as well.

Pursuant to Local Rule 7.1(a)(2), undersigned counsel, Jacob Karabell, certifies that he has conferred with Plaintiff's counsel, Jeffrey Schwab, about the relief sought in this motion. The parties were unable to resolve or narrow the issues set forth herein.

The grounds for the Union's motion to dismiss are more fully set forth in the accompanying memorandum of law.

Respectfully submitted,

| | |
|---|---|
| /s/ Jacob Karabell | /s/ Jenniffer P. Migliaccio |
| Jacob Karabell (DC #996066) | Jenniffer P. Migliaccio (#682196) |
| (*admitted pro hac vice*) | AMERICAN FEDERATION OF |
| BREDHOFF & KAISER, P.L.L.C. | TEACHERS MASSACHUSETTS |
| 805 15th Street N.W., Suite 1000 | 38 Chauncy Street, Suite 402 |
| Washington, DC  20005 | Boston, MA 02111 |
| (202) 842-2600 | (617) 423-3342 |
| jkarabell@bredhoff.com | jmigliaccio@aftma.net |

*Counsel for Defendant UMass Faculty Federation, Local 1895, American Federation of Teachers, AFL-CIO*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendant UMass Faculty Federation's Motion To Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) was filed this 21st day of January 2022, using the Court's CM/ECF system, which will provide notice of the filing to all counsel.

/s/ Jacob Karabell
Jacob Karabell