# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

RICHARD J. PELTZ-STEELE,

    Plaintiff,

v.

UMASS FACULTY FEDERATION, LOCAL 1895 AMERICAN FEDERATION OF TEACHERS, AFL-CIO, ET AL,

    Defendants.

Case No. 2:21-cv-11590-WGY

NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Jeffrey Schwab and Reilly Stephens of the Liberty Justice Center, counsel for Plaintiff, have relocated. Their office is now at:

440 North Wells Street, Suite 200
Chicago, Illinois 60654

Counsel's email, telephone, and fax numbers remain the same. Co-counsel's contact information remains the same.

Dated: March 17, 2022                Respectfully submitted,

                                                        /s/ Jeffrey Schwab

| | |
|---|---|
| Matthew L. Fabisch | Jeffrey M. Scwhab (*pro hac vice*) |
| (BBO No. 673821) | Reilly Stephens (*pro hac vice*) |
| Fabisch Law | Liberty Justice Center |
| 664 Pear St. | 440 N. Wells St., Ste. 200 |
| Brockton, MA 02301 | Chicago, IL 60654 |
| Telephone (401) 324-9344 | Telephone (312) 637-2280 |
| Facsimile (401) 354-7883 | Facsimile (312) 263-7702 |
| mlfabisch@yahoo.com | jschwab@libertyjusticecenter.org |
| | rstephens@libertyjusticecenter.org |

*Attorneys for Plaintiff*