# United States Court of Appeals
## For the First Circuit

———————————————

No. 22-1466

RICHARD J. PELTZ-STEELE,

Plaintiff - Appellant,

v.

UMASS FACULTY FEDERATION, LOCAL 1895, AMERICAN FEDERATION OF
TEACHERS, AFL-CIO; MARTIN MEEHAN, in his official capacity as President of the
University of Massachusetts; MAURA TRACY HEALEY, in her official capacity as Attorney
General of the Commonwealth of Massachusetts; MARJORIE F. WITTNER, in her official
capacity as member of the Commonwealth Employment Relations Board; JOAN
ACKERSTEIN, in her official capacity as member of the Commonwealth Employment
Relations Board; KELLY STRONG, in her official capacity as member of the Commonwealth
Employment Relations Board,

Defendants - Appellees.

———————————————

**MANDATE**

Entered: March 8, 2023

In accordance with the judgment of February 14, 2023, and pursuant to Federal Rule of
Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Timothy J. Casey
Matthew Louis Fabisch
Jacob Karabell
Jeffrey Michael Schwab
Reilly Stephens