# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 18, 2023

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

      Re:  Richard J. Peltz-Steele
           v. UMass Faculty Federation, Local 1895 American Federation of
           Teachers, AFL-CIO, et al.
           No. 22-1123
           (Your No. 22-1466)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on May 15, 2023 and placed on the docket May 18, 2023 as No. 22-1123.

                                      Sincerely,

                                      **Scott S. Harris**, Clerk

                                      by

                                      Redmond K. Barnes
                                      Case Analyst